**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-7835**

———————

WILLIAM LEE CRAWLEY,

Petitioner - Appellant,

versus

RON ANGELONE, Director,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David G. Lowe, Magistrate Judge. (CA-95-639)

———————

Submitted: January 11, 1996          Decided: January 25, 1996

———————

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

William Lee Crawley, Appellant Pro Se. Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the magistrate judge's order denying relief on his 28 U.S.C. § 2254 (1988) petition.[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the magistrate judge. <u>Crawley v. Angelone</u>, No. CA-95-639 (E.D. Va. Nov. 17, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] The parties consented to disposition by a magistrate judge pursuant to 28 U.S.C. § 636(c) (1988).

2